Form 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)     Form 1 March 2023)

# United States Court of International Trade

### NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed:     20-00035

Case title being appealed:     Bioparques de Occidente, S.A. de C.V. et al v. United States

Date of final judgment or order being appealed:     May 1, 2023

List of Appellants (List each party filing the appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

---

Bioparques de Occidente, S.A. de C.V.,

Agricola La Primavera, S.A. de C.V., and

Kaliroy Fresh LLC

---

Date: June 30, 2023

Signature: /s/ Jeffrey M. Winton

Name: Jeffrey M. Winton

Address: 1100 13th Street NW, Suite 825 Washington, D.C. 20005

Phone Number: (202) 774-5503

Email Address: jwinton@winton.law